DORTHY, Plaintiff, v. STRAUCHEN et al., Defendants. (Supreme Court, Appellate Divi-

sion, Fourth Department. April 10, 1897.) Action by John F. Dorthy against John R. Strauchen and another. No opinion. Motion to dismiss reserved, to be heard in connection with the argument of the appeal.